| | | | | |
|---|---|---|---|---|
| Gibbs v. State | 49A05–1606–CR–1336 | 02/28/2017 | BAKER, J. | Vacated and remanded |
| | | | MATHIAS, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Gwaltney v. State | 29A04–1610–CR–2283 | 02/28/2017 | ROBB, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Watkins v. State | 84A04–1609–CR–2129 | 02/28/2017 | VAIDIK, C.J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Horton v. State | 49A05–1606–CR–1445 | 02/28/2017 | RILEY, J. | Affirmed |
| | | | CRONE, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Schulz v. State | 79A02–1605–CR–1238 | 02/28/2017 | MATHIAS, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Sanchez–Franco v. State | 03A04–1610–CR–2279 | 02/28/2017 | BROWN, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BRADFORD, J. | Concurs |
| W.H., In re | 74A01–1606–JT–1553 | 02/28/2017 | ROBB, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Holmes v. State | 82A01–1608–CR–1812 | 02/28/2017 | CRONE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Tuck v. State | 79A02–1511–PC–2032 | 02/28/2017 | PYLE, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| C.K., Matter of | 79A05–1608–JT–1763 | 02/28/2017 | PYLE, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| Sells v. State | 48A05–1511–CR–1954 | 03/02/2017 | MATHIAS, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | CRONE, J. | Concurs |
| King v. King | 29A02–1601–DR–34 | 03/02/2017 | ALTICE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | CRONE, J. | Concurs |